**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**TIMOTHY A. WARD**                                                    **DEBTORS (S)**

**VS**                                                    **CIVIL ACTION NO. 3:14MC-31-JGH**

**ROBERT W.  KEATS, et al.**                                    **TRUSTEE (S)**


**O R D E R**

On the Court's own motion;

**IT IS ORDERED** that this action is hereby **reassigned** to the docket of the Honorable

David J. Hale,  Judge for all further proceedings.  Counsel are requested to change the civil

action number to reflect the initial ( DJH) on all further pleadings.

Date: January 12, 2015




Copies to:

All Counsel of Record
Pro-Se Parties