UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TIMOTHY A. WARD and CARRIE ANN
WARD, Debtors,

v. Civil Action No. 3:14-mc-00031-DJH

SAMUEL K. CROCKER, Trustee.

\* \* \* \* \*

## ORDER

    Debtors Timothy A. Ward and Carrie Ann Ward filed this action pursuant to 28 U.S.C. § 157(d) seeking withdrawal of the reference of Case No. 14-32529 to the United States Bankruptcy Court for the Western District of Kentucky. That bankruptcy proceeding is now closed. Accordingly, it is hereby

    **ORDERED** that the Motion for Withdrawal of Reference (Docket No. 1) is **DENIED** as moot. This action is **DISMISSED** without prejudice and **STRICKEN** from the Court's active docket.

March 30, 2015

**David J. Hale, Judge**
**United States District Court**

1